UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                        Case No.:      _____

                                                        Chapter:       _____

                                                        Judge:         Rosemary Gambardella

**NOTICE OF PROPOSED ABANDONMENT**

_____, _____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

If an objection is filed, a hearing will be held before the Honorable _____ on _____ at _____a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 36 James Place, Lodi, New Jersey

Value: $505,000.00

Liens on property:

Fay Servicing LLC

$441,000.00

Amount of equity claimed as exempt:
$10,000.00

Objections must be served on, and requests for additional information directed to:

Name:        _____

Address:    _____

Telephone No.: _____

*rev.8/1/15*